## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Mark Irving Martin          BK NO. 23-00064

                **Debtor(s)**

                                  **Chapter**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.


                                 Respectfully submitted,

                    /s/ *Michael Farrington*
                    Michael Farrington
                    01 Feb 2023, 10:33:56, EST


                    KML Law Group, P.C.
                    BNY Mellon Independence Center
                    701 Market Street, Suite 5000
                    Philadelphia, PA  19106
                    215-627-1322

Document ID: 92cfd8524e45364aa413d8ae83a58f17ca3ccfcfd1db088d0e57ad7582139574