Certificate Number: 15317-PAM-DE-037176050

Bankruptcy Case Number: 23-00064


15317-PAM-DE-037176050

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 11, 2023, at 8:57 o'clock AM PST, Mark I Martin completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 11, 2023

By: /s/Rowela Bagac

Name: Rowela Bagac

Title: Counselor