# MOTT & GENDRON LAW

## *Attorneys and Counselors at Law*
Board Certified in Consumer Bankruptcy Law - American Board of Certification
125 STATE STREET, HARRISBURG, PENNSYLVANIA 17101
Website: http://www.mottgendronlaw.com

| | |
|---|---|
| Dorothy L. Mott, Esquire | Telephone: (717) 232-6650 |
| Kara K. Gendron, Esquire | Fax: (717) 232-0477 |

March 14, 2023

MIDDLE DISTRICT OF PENNSYLVANIA
US BANKRUPTCY COURT
228 WALNUT STREET, RM 320
HARRISBURG, PA 17101

Re:  Mark Irving Martin
     Bankruptcy No:1:23-bk-00064

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please change the address of the co-debtor listed below for the above-referenced client from:

BRANDY ROBINSON
701 MIDDLETOWN ROAD
CARLISLE, PA  17015

to:

BRANDY ROBINSON
701 MIDDLESEX ROAD
CARLISLE, PA  17015

Please remove old address from mailing matrix.

Thank you for your attention to this matter.

Sincerely,

*/ s/ Elizabeth Snyder*

Elizabeth Snyder, Paralegal to
Dorothy L. Mott, Attorney at Law
Kara K. Gendron, Attorney at Law