# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mark Irving Martin<br>　　　　　　　　Debtor(s)<br><br>PENNYMAC LOAN SERVICES, LLC, its successors and/or assigns<br>　　　　　　　　Movant<br>　　　vs.<br>Mark Irving Martin<br>　　　　　　　　Debtor(s)<br><br>Jack N. Zaharopoulos<br>　　　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 23-00064 HWV |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of PENNYMAC LOAN SERVICES, LLC, which was filed with the Court on or about **November 3, 2023, docket number 47**.

Dated: December 11, 2023

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/Michael P. Farrington, Esq
　　　　　　　　　　　　　　　　　　　　　　　Michael P. Farrington, Esq.
　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322
　　　　　　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com