IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| MARK IRVING MARTIN | : |
| | : CASE NO. 1:23-bk-00064 |
| | : |
| | : |
| Debtor | : |

## ORDER

Upon consideration of the Motion to Terminate Wage Attachment filed by the Debtor in this case, and it appearing that the Debtor wishes to terminate the wage attachment, it is hereby Ordered and Decreed that the Wage Attachment Order is hereby terminated.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>MARK IRVING MARTIN<br><br><br><br>**Debtor(s)** | : CHAPTER 13<br>:<br>: CASE NO. 1:23-bk-00064<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I certify that on December 24, 2024 I served a copy of the foregoing document(s) on the following parties via ECF or by first class mail:

JACK N. ZAHAROPOULOS ESQUIRE
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036
TWecf@pamd13trustee.com


I certify under penalty of perjury that the foregoing is true and correct.
Date: 12/24/2024
    Respectfully submitted,

                                        /s/ Kara K. Gendron
                                        Kara K. Gendron, Esquire
                                        Attorney ID 87577
                                        MOTT & GENDRON LAW
                                        125 State Street
                                        Harrisburg, PA 17101
                                        http://www.mottgendronlaw.com
                                        T: (717) 232-6650 | F: (717) 232-0477
                                        karagendron@gmail.com