| | |
|---|---|
| In re: | Case No. 23-00064-HWV |
| Mark Irving Martin | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Jul 31, 2025 | Form ID: ordsmiss | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark Irving Martin, 701 S Middlesex Road, Carlisle, PA 17015-9292 |
| 5516006 | ++ | BARLEY SNYDER, 100 EAST MARKET STREET, YORK PA 17401-1219 address filed with court:, BARLEY SNYDER, JUSTIN A TOMEVI, ESQUIRE, 100 EAST MARKET STREET, YORK, PA 17401 |
| 5516007 | + | BRANDY ROBINSON, 701 MIDDLESEX ROAD, CARLISLE, PA 17015-9292 |
| 5523745 | + | Barley Snyder LLP, c/o Scott F. Landis, Esquire, 126 East King Street, Lancaster, PA 17602-2893 |
| 5610508 | + | Cumberland County Tax Claim Bureau, 1 Courthouse Square, rm 104, Carlisle, PA 17013-3339 |
| 5516018 | + | TBOM/MILSTNE, PO BOX 8099, NEWARK, DE 19714-8099 |
| 5516021 | + | VA MORTGAGE GUARANTEE, DEPT VETS AFFAIRS, REGIONAL LOAN CENTER, 1240 EAST NINTH STREET, CLEVELAND, OH 44199-2001 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5516005 | + | Email/Text: bankruptcy@500fastcash.com | Jul 31 2025 18:46:00 | 500FASTCASH.COM, 515 G SE, Miami, OK 74354-8224 |
| 5516008 | | EDI: CAPITALONE.COM | Jul 31 2025 22:39:00 | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5516009 | | EDI: PENNDEPTREV | Jul 31 2025 22:39:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5522116 | | EDI: CAPITALONE.COM | Jul 31 2025 22:39:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5516019 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jul 31 2025 18:45:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5516010 | + | EDI: PHINGENESIS | Jul 31 2025 22:39:00 | FEB DESTINY, 15220 NW GREENBRIER, BEAVERTON, OR 97006-5744 |
| 5516011 | | EDI: AMINFOFP.COM | Jul 31 2025 22:39:00 | FIRST PREMIER BANK, 3820 N LOUISE AVENUE, SIOUX FALLS SD 57107-0145 |
| 5516012 | + | EDI: LCIICSYSTEM | Jul 31 2025 22:39:00 | IC SYSTEM, PO BOX 64378, SAINT PAUL, MN 55164-0378 |
| 5516013 | | EDI: IRS.COM | Jul 31 2025 22:39:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5516014 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 31 2025 18:45:00 | MARINER FINANCE LLC, BK NOTICES, 8211 TOWN CENTER DRIVE, NOTTINGHAM, MD 21236-5904 |
| 5523570 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 31 2025 18:45:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 |

| Recipient # | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Town Center Drive, Nottingham, MD 21236-5904 |
| 5516015 | | EDI: AGFINANCE.COM | Jul 31 2025 22:39:00 | ONEMAIN FINANCIAL ATTN: BK NOTICES, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5520598 | + | EDI: AGFINANCE.COM | Jul 31 2025 22:39:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5516016 | + | Email/PDF: ebnotices@pnmac.com | Jul 31 2025 19:00:01 | PENNYMAC LOAN SERVICES LLC, 6101 CONDOR DRIVE, STE 310, MOORPARK, CA 93021-2602 |
| 5516017 | ^ | MEBN | Jul 31 2025 18:43:15 | PPL ELECTRIC UTILITIES CORPORATION, ATTN: BANKRUPTCY DEPT, 827 HAUSMAN ROAD, ALLENTOWN PA 18104-9392 |
| 5525257 | + | Email/PDF: ebnotices@pnmac.com | Jul 31 2025 19:00:07 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5523763 | + | EDI: JEFFERSONCAP.COM | Jul 31 2025 22:39:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5522505 | | EDI: Q3G.COM | Jul 31 2025 22:39:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5516020 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jul 31 2025 18:45:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5516022 | | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 31 2025 19:00:34 | WELLS FARGO CARD SERVICES, PO BOX 14517, DES MOINES, IA 50306-3517 |
| 5524441 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jul 31 2025 19:01:09 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 02, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2025 at the address(es) listed below:

**Name**     **Email Address**

Denise E. Carlon
  on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Dorothy L Mott
    on behalf of Debtor 1 Mark Irving Martin DorieMott@aol.com
    karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com

Jack N Zaharopoulos
    ecf_pahu_alt@trustee13.com

Kara Katherine Gendron
    on behalf of Debtor 1 Mark Irving Martin
    karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Mark Irving Martin,             Chapter     13

     **Debtor 1**

                                    Case No.     1:23−bk−00064−HWV

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: July 31, 2025

ordsmiss (05/18)